**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

23-CV-7049 (JHR) (OTW)

**ORDER**

IN RE ROWE PLASTIC SURGERY LITIGATION,

-------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

This case is hereby **STAYED** pending the appeal of *Rowe Plastic Surgery of New Jersey, L.L.C. v. Aetna Life Insurance Co.*, --- F. Supp. 3d ----, 2023 WL 8534865 (S.D.N.Y. Dec. 11, 2023). *See* 1:22-CV-7900 (JLR) (OTW), Dkt. Nos. 50, 51. The parties shall jointly inform the Court by letter within seven days after the appeal is decided, dismissed, or otherwise terminated.

**SO ORDERED.**

Dated: April 8, 2024
New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge