UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
ROWE PLASTIC SURGERY OF NEW JERSEY,     :
L.L.C., et al.,                         :        23cv7049(DLC)
                                        :
                        Plaintiffs,     :        ORDER
                                        :
            -v-                         :
                                        :
AETNA LIFE INSURANCE COMPANY,           :
                                        :
                        Defendant.      :
                                        X
----------------------------------------

DENISE COTE, District Judge:

    This case having been reassigned to this Court for all purposes, it is hereby

    ORDERED that the parties shall file a letter no later than December 17, 2025, apprising the Court of the status of this action.

    IT IS FURTHER ORDERED that the parties shall, no later than December 19, 2025, provide this Court one copy of the operative complaint and two courtesy copies of all motions pending in this case by mail or hand-delivery to 500 Pearl Street, New York, NY 10007.

Dated:    New York, New York
          December 8, 2025


                              _____
                                       DENISE COTE
                              United States District Judge