**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
ROWE PLASTIC SURGERY OF NEW JERSEY,
L.L.C., et al.,

                                Plaintiffs,

            -against-                                      23 **CIVIL** 7049 (DLC)

                                                          **JUDGMENT**

AETNA LIFE INSURANCE COMPANY,

                                Defendant.
------------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Opinion and Order dated January 20, 2026, Defendant's September 1, 2023

motion to dismiss is granted. Plaintiffs' December 23, 2024 motion to amend is denied. Plaintiffs'

objections to the April 7, 2025 decision of Magistrate Judge Wang are largely overruled.

Judgment is entered for the defendant; accordingly, the case is closed.

**Dated:**  New York, New York

        January 22, 2026

                                                **TAMMI M. HELLWIG**
                                        _____
                                                **Clerk of Court**

                                                    K. mango
                        **BY:**
                                        _____
                                                **Deputy Clerk**